AO 91 (Rev. 11/11) Criminal Complaint  AUSA Jared Jodrey, 312-353-5358

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCISCO JAVIER MENDOZA-ORTIZ,<br>also known as "Francisco Javier Mendoza" and<br>"Edgar Delgado-Fonseca" | CASE NUMBER: 25 CR 649 |



## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 10, 2025, at Cook County, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | being an alien who was last removed from the United States on or about March 16, 2012, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 6, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4). |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

Alberto Aguilar
Special Agent
Homeland Security Investigations

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: October 8, 2025

*Judge's signature*

City and state: Chicago, Illinois

Maria Valdez, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, ALBERTO AGUILAR, being duly sworn, state as follows:

1. I am a Special Agent with Homeland Security Investigations. I have been employed as a Special Agent since in or around December 2024. As part of my duties as a Special Agent, I investigate immigration-related offenses.

2. This affidavit is submitted in support of a criminal complaint alleging that FRANCISCO JAVIER MENDOZA-ORTIZ, also known as "Francisco Javier Mendoza" and "Edgar Delgado-Fonseca," illegally reentered the United States, in violation of Title 8, United States Code, Section 1326(a). This affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging MENDOZA-ORTIZ with illegal reentry. As such, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that MENDOZA-ORTIZ committed the illegal reentry offense alleged in the complaint.

3. This affidavit is based on my personal knowledge and involvement in this investigation; my training and experience; the personal knowledge, training, and experience of other law enforcement agents with whom I have consulted; and my review of pertinent documents and records, including documents and records

maintained by the Department of Homeland Security and other government agencies.

4. According to records from the Department of Homeland Security, MENDOZA-ORTIZ was born in Mexico in or around November 1981; is a native and citizen of Mexico; and has no claim to United States citizenship or lawful residence.

5. According to records from the Department of Homeland Security and from the Superior Court of California, on or about March 9, 2002, MENDOZA-ORTIZ was arrested by California Highway Patrol Officers near Lebec, California, for narcotics-related offenses. On or about June 19, 2002, MENDOZA-ORTIZ was convicted in the Superior Court of Kern County, California, of conspiracy to manufacture a controlled substance and possession of a controlled substance and sentenced, respectively, to three years' imprisonment and 16 months' imprisonment. On or about October 27, 2003, MENDOZA-ORTIZ was ordered removed from the United States to Mexico. On or about October 28, 2004, MENDOZA-ORTIZ was removed from the United States to Mexico.

6. According to records from the Department of Homeland Security and from the Superior Court of California, on or about November 2, 2005, MENDOZA-ORTIZ was convicted in the Superior Court of Kern County, California, of being a felon in possession of a firearm and possession of a controlled substance and sentenced, respectively, to two years' imprisonment and eight months' imprisonment. On or about February 15, 2007, MENDOZA-ORTIZ was ordered removed from the

United States to Mexico. On or about February 20, 2007, MENDOZA-ORTIZ was removed from the United States to Mexico.

7. According to records from the Department of Homeland Security and from the United States District Court for the Eastern District of California, on or about June 5, 2007, MENDOZA-ORTIZ illegally reentered the United States. On or about November 15, 2007, MENDOZA-ORTIZ was ordered removed from the United States to Mexico. On or about February 9, 2009, MENDOZA-ORTIZ was convicted of illegal reentry in the United States District Court for the Eastern District of California and sentenced to 46 months' imprisonment. On or about March 16, 2012, MENDOZA-ORTIZ was removed from the United States to Mexico.

8. According to records from the Department of Homeland Security, MENDOZA-ORTIZ did not apply for or receive permission to reenter the United States.

9. According to records and information from the Circuit Court of Cook County, Illinois, and the Drug Enforcement Administration, on or about December 9, 2024, MENDOZA-ORTIZ was charged in the Circuit Court of Cook County with a narcotics-related offense under the name "Edgar Delgado-Fonseca." On or about December 10, 2024, MENDOZA-ORTIZ was released from custody pending trial. On or about December 18, 2024, the Cook County State's Attorney's Office filed a motion seeking the issuance of an arrest warrant because MENDOZA-ORTIZ failed to comply with the conditions of his pretrial release; that day, the Circuit Court of Cook

County issued a warrant for MENDOZA-ORTIZ's arrest. On or about September 10, 2025, law enforcement apprehended MENDOZA-ORTIZ in Steger, Illinois.

10. MENDOZA-ORTIZ's fingerprints were electronically uploaded into the Federal Bureau of Investigation's Integrated Automated Fingerprint Identifications System. On or about September 18, 2025, a fingerprint comparison analysis was conducted by the Homeland Security Investigations Forensic Laboratory, which reflected that the MENDOZA-ORTIZ who was arrested in Steger on or about September 10, 2025, is the same person who was removed from the United States on or about October 28, 2003; February 20, 2007; and March 16, 2012.

11. Based on the forgoing, I respectfully submit that there is probable cause to believe that on or about September 10, 2025, MENDOZA-ORTIZ, being an alien who was last removed from the United States on or about March 16, 2012, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

ALBERTO AGUILAR
Special Agent
Homeland Security Investigations

SWORN TO AND AFFIRMED by telephone on October 8, 2025.

Honorable Maria Valdez
United States Magistrate Judge